UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARNELL TATEM | : | |
|     Plaintiff, | : | |
| V. | : | CIVIL NO. 3:18-cv-382-VAB |
| BRIAN PERELMUTER | : | |
|     Defendant. | : | |
| | : | June 30, 2020 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 6 and 16(b)(4) and Local Rules 7(b) and 16(b), Plaintiff Darnell Tatem and Defendant Brian Perelmuter DMD respectfully move to amend the current Scheduling Order. In support of their motion, the parties state as follows:

1. Tatem commenced this action on March 5, 2018 (Dkt. No. 1). After Tatem filed an amended complaint and was appointed Pro Bono Counsel, Dr. Perelmuter was served personally on October 14, 2019 (Dkt. No. 22). The parties filed their Joint Report of the Parties' Rule 26(f) Planning Meeting on December 20, 2019 (Dkt. No. 24), and the Court approved the proposed schedule set forth in the Rule 26(f) report and entered its Scheduling Order dated January 8, 2020 (Dkt. No. 27).

2. To date, the parties have worked actively to advance the discovery process. These efforts have included serving written discovery requests and the production of Tatem's medical records. Based on facts revealed through the discovery provided by Dr. Perelmuter, Tatem has

moved for leave to file a Second Amended Complaint to add Dr. Regina Landesberg as a party defendant in this case (Dkt. No. 33).

3. At this time, the parties continue to complete document production and are in the process of scheduling depositions of fact witnesses. The disruption caused by the COVID-19 pandemic, including the resulting travel restrictions and safety precautions, delayed depositions of fact witnesses in this case and continues to cause scheduling hurdles. The parties are presently in the process of scheduling the depositions of Drs. Perelmuter, Landesberg, Lichtenstein and the plaintiff on mutually convenient dates. Additionally, Tatem's Motion for Leave to Amend Complaint and to Join Party Defendant is still pending.

4. Under the Scheduling Order, the current deadline for the parties to complete fact witness depositions is July 31, 2020, and the current deadline for the parties to designate experts and provide a damages analysis is July 10, 2020. Given the discovery still to be taken and the logistical challenges attendant to completing the depositions, the July 10, 2020 and July 31, 2020 deadlines under the current Scheduling Order cannot reasonably be met and it is necessary to postpone the trial ready date to prevent manifest injustice. A modification to the Scheduling Order will also provide the Court with more time to decide Tatem's pending motion seeking to add Dr. Landesberg as a party defendant. There is thus good cause to modify the Scheduling Order, and the parties respectfully move for an extension of the deadlines in the Scheduling Order as set forth below:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Damages analysis | July 10, 2020 | October 10, 2020 |

| Designation of experts | July 10, 2020 (plaintiff) September 11, 2020 (defendant) | October 10, 2020 (plaintiff) December 11, 2020 (defendant) |
|---|---|---|
| Expert depositions | August 14, 2020 (plaintiff) October 9, 2020 (defendant) | November 14, 2020 (plaintiff) January 9, 2021 (defendant) |
| Expert reports | September 4, 2020 | December 4, 2020 |
| Fact witness depositions | July 31, 2020 | October 31, 2020 |
| Close of discovery | October 9, 2020 | January 9, 2021 |
| Dispositive motions | November 13, 2020 | February 13, 2020 |
| Joint trial memorandum | March 5, 2021, or thirty days after the Court rules on any dispositive motion. | June 5, 2021, or thirty days after the Court rules on any dispositive motion. |
| Trial ready date | April 5, 2021, or 30 days after the filing of the joint trial memorandum. | July 5, 2021, or 30 days after the filing of the joint trial memorandum. |

4. This is the first motion to amend the Scheduling Order, and the parties do not currently anticipate requesting any further extension that would impact the trial ready date.

5. This motion is not made for the purposes of delay but is made in good faith and in the interest of judicial economy and efficiency. The requested modifications to the Scheduling Order will neither cause excessive delay in the litigation nor will it unduly prejudice either party.

WHEREFORE, the parties respectfully request that this Court grant their motion and amend the schedule based on the dates listed herein.

Dated: June 30, 2020                                     Respectfully submitted,

PLAINTIFF,                                               DEFENDANT,
DARNELL TATEM                                            BRIAN PERELMUTER

                                                                     WILLIAM TONG
                                                                       ATTORNEY GENERAL

By /s/ John L. Cordani, Jr.                              By  /s/ Steven M. Barry
   John L. Cordani, Jr. (ct28833)                          Steven M. Barry (ct07825)
   Robinson & Cole LLP                                     Assistant Attorney General
   280 Trumbull Street                                     110 Sherman Street
   Hartford, CT 06103-3597                                 Hartford, CT 06105
   Tel. No.: (860) 275-8200                                Tel. No.: (860) 808-5450
   Fax No.: (860) 275-8299                                 Fax No.: (860) 808-5591
   E-mail: jcordani@rc.com                                 E-mail: steven.barry@ct.gov

- 5 -

## CERTIFICATION

I hereby certify that on June 30, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ John L. Cordani, Jr.
John L. Cordani, Jr.